THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SUHAIL FAROOQ,

      Petitioner

v.

WARDEN CLAIR DOLL,

      Respondent

4:20-CV-01376
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 24th DAY OF NOVEMBER, 2020,** upon review of Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 13) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 13) is **ADOPTED** for the reasons set forth therein.

2. Petitioner Suhail Farooq's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 is **DENIED** and **DISMISSED WITHOUT PREJUDICE** based on the First-Filed Rule and Petitioner's pending case, *Farooq v. Doll*, 3:20-cv-963-RDM-CA.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge